**2007–1895. State v. Weimer.**
Cuyahoga App. No. 88135, 2007-Ohio-3774. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and O'DONNELL, JJ., dissent.

**2007–1898. State v. Hines.**
Allen App. No. 1–06–86, 2007-Ohio-3126. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2007–1899. State v. Puckett.**
Franklin App. No. 06AP–330, 2006-Ohio-5696. On motion for leave to file delayed appeal. Motion denied.

**2007–1906. State v. Wilder.**
Butler App. No. CA2006–11–291. On motion for leave to file delayed appeal. Motion denied.
LUNDBERG STRATTON and CUPP, JJ., dissent.

**2007–1907. State v. Clardy.**
Hamilton App. No. C–060527, 2007-Ohio-4193. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR and LANZINGER, JJ., dissent.

**2007–1923. State v. Greenwood.**
Montgomery App. No. 21713, 2007-Ohio-4202. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and O'DONNELL, J., dissent.

**2007–1947. State v. Hall.**
Warren App. No. CA2006–10–121. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2007–1949. State v. Blackburn.**
Guernsey App. No. 06 CA 37, 2007-Ohio-4282. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2007–1951. State v. Norman.**
Cuyahoga App. No. 87920, 2007-Ohio-629. On motion for leave to file delayed appeal. Motion denied.
CUPP, J., dissents.

**2007–1958. State v. Reed.**
Lucas App. No. L–06–1351, 2007-Ohio-3106. On motion for leave to file delayed appeal. Motion denied.
MOYER, C.J., and PFEIFER and CUPP, JJ., dissent.

**2007–1969. State v. Craft.**
Butler App. No. CA2006–06–145, 2007-Ohio-4116. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR, O'DONNELL, and LANZINGER, JJ., dissent.

**2007–1996. State v. Baird.**
Columbiana App. No. 06–CO–4, 2007-Ohio-3400. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and CUPP, JJ., dissent.
Motion for stay or to hold proceedings in abeyance denied.

**2007–2010. State v. Brown.**
Montgomery App. No. 21540, 2007-Ohio-2098. On motion for stay of court of appeals' judgment. Motion denied.

**2007–2012. State v. Odavar.**
Cuyahoga App. No. 89029, 2007-Ohio-5535. On motion for stay of court of appeals' judgment. Motion denied.
CUPP, J., dissents.